JENNIE E. N. RIGHTER, ADMINISTRATRIX, DEFENDANT IN ERROR, v. HOWARD M. HAINES, PLAINTIFF IN ERROR.

Submitted March 23, 1906—Decided June 11, 1906.

In a suit by an administratrix to recover rents from one who had acted as agent for the intestate in their collection, it did not appear from the evidence whether the rents were from the real estate of the deceased, in which case the administratrix would be entitled to recover only such as had accrued in the lifetime of the deceased, or were all assets of the estate of the deceased. In such a case a direction of a verdict for the plaintiff for the whole amount claimed was erroneous.

---

On error to the Camden Common Pleas.

Before Justices GARRISON, GARRETSON and SWAYZE.

For the defendant in error, *Louis Starr.*

For the plaintiff in error, *Francis D. Weaver.*

The opinion of the court was delivered by

GARRETSON, J. The defendant in error, Jennie E. N. Righter, administratrix of Washington Righter, brought suit

against Howard M. Haines, plaintiff in error, to recover certain rents collected by Haines. Haines was the agent of Righter to collect rents; he collected some of the rents in question during Righter's lifetime and some after Righter's death. It appeared upon the trial that the total amount of rents collected by Haines was $624, and upon this amount credits were to be allowed amounting to $459.19, leaving a balance due of $158.81, and for this amount the court directed a verdict for the plaintiff.

If the rents in question were derived from the property of Righter, his administratrix could recover only such as accrued in his lifetime; the balance, which accrued after decedent's death, belonged to the one entitled to the land of Righter after his death.

In the absence of testimony showing that all the rents collected were assets of the estate of the deceased, it was error to direct a verdict.

We find no error in the proceedings by which the case came within the jurisdiction of the Court of Common Pleas for trial.

The judgment below is reversed.